# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Cathy A. Bencivengo
FROM: D. Sutton                , Deputy Clerk   RECEIVED DATE: 8/25/2014
CASE NO. 14CV1829-CAB-RBB       DOCUMENT FILED BY: Debra Toner
CASE TITLE: Lynn v. Lew
DOCUMENT ENTITLED: Documents Presented for Review and Information

Upon the submission of the attached document(s), the following discrepancies are noted:

| LOCAL RULE | DISCREPANCY |
|---|---|
| ☐ 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ 7.1 | Missing table of contents |
| ☐ 15.1 | Amended pleading not complete in itself |
| ☐ 30.1 | Depositions not accepted absent a court order |
| ☒ | Supplemental documents require court order |
| ☐ | Default judgment in sum certain includes calculated interest |
| ☐ OTHER: | |

Date Forwarded: 8/25/2014

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 8/26/14            CHAMBERS OF: The Honorable Cathy A. Bencivengo
cc: All Parties           By: lc3cab

Debra Toner Pro Se
P.O. Box 2225
Valley Center, CA 92082
Debtoner@aol.com

US District Court
Southern District of California

**REJECTED**

Lynn
v
Lew

Case # 14-CV1829
CAB RBB

Documents presented for Review and Information

#A  First documents are Affidavit's from Plaintiff and Witness that Plaintiff's Rights for proper proceedure have been violated. Signature was forced without knowledge of subject of Document Signed.

#B  2nd - Includes a Demurrer by Plaintiff's Civil Attorney "Joe La Costa". Included in Demurrer is laws and codes that Plaintiff followed. Plaintiff believes this is a Civil matter not Criminal

#C  3rd - Oath of District Attorney presented to Plaintiff as "most recent" was valid in 1995. Oath of "Kenneth So" was and is possibly vacant. Mr. So had sworn in "Judge Gill" with possible vacant invalid Oath. Rules of Oath and Constitution of "Oaths procedure" have not been followed.

*[signature]*
8-25-14

AUG 25 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**RECEIVED**