# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

14 SEP 10 PM 3:10

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE   Cathy Ann Bencivengo

FROM: K. Martin-Brown, Deputy Clerk   RECEIVED DATE: 9/8/2014

CASE NO. 14-cv-01829-CAB-RBB   DOCUMENT FILED BY: Plaintiff Debra Lynn

CASE TITLE: Lynn v. Lew

DOCUMENT ENTITLED: Counterclaim/Abatement

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | Document not filed electronically. Notice of Noncompliance already issued. |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☒ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | No provision for acceptance |

Date Forwarded: 9/8/2014

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 9/9/14   CHAMBERS OF: The Honorable Cathy Ann Bencivengo

cc: All Parties   By: lc3cab

Debra Lynn   pro se
debtoner@aol.com
P.O. Box 2225
Valley Center, California
92082
760.443.1149



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

# REJECTED

| | |
|---|---|
| Debra Lynn | |
| v | Counterclaim/Abatement |
| | USDC 14-cv-1829 |
| Jacob Joseph LEW | Filed 8/4/2014 |

Superior Court Case #254167; DA #ADP974

## COVER SHEET

2. Motion in Abatement
3. Court Records
4. Oaths of Office
5. Provisions for Oaths
6. Affidavits