# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
14 SEP 10 PM 3: 10
U.S. DISTRICT COURT
[illegible] OF CALIFORNIA
DEPUTY

TO: ☒ U.S. DISTRICT JUDGE  /  ☐ U.S. MAGISTRATE JUDGE   Cathy Ann Bencivengo
FROM: K. Martin-Brown          , Deputy Clerk    RECEIVED DATE: 9/8/2014
CASE NO. 14-cv-01829-CAB-RBB     DOCUMENT FILED BY: Plaintiff Debra Lynn
CASE TITLE: Lynn v. Lew
DOCUMENT ENTITLED: Coram Nobis/Failure to State Proper Jurisdiction

Upon the submission of the attached document(s), the following discrepancies are noted:

| | LOCAL RULE | DISCREPANCY |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Documents(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memorandum exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☒ | | Supplemental documents require court order |
| ☐ | | Default judgment in sum certain includes calculated interest |
| ☒ | OTHER: | No provision for acceptance |

Date Forwarded: 9/8/2014

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1.

Dated: 9/9/14          CHAMBERS OF:  The Honorable Cathy Ann Bencivengo
cc: All Parties         By:  lc3cab

Debra Lynn   pro se
debtoner@aol.com
P.O. Box 2225
Valley Center, California
92082
760.443.1149

SEP 0 8 2014
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
**RECEIVED**

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

# REJECTED

| | |
|---|---|
| Debra Lynn | |
| v | Coram Nobis/Failure to State Proper Jurisdiction |
| | USDC 14-cv-1829 |
| Jacob Joseph LEW | Filed 8/4/2014 |

Superior Court Case #254167; DA #ADP974

### COVER SHEET

**1. Coram Nobis/
Demand for Dismissal
For Failure to State the Proper Jurisdiction**